# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Darcy Jones, et al, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Michael J. Davis |
| | U.S. District Judge |
| | Case No: 07cv2979 MJD/AJB |
| v. | Date: November 16, 2007 |
| | Deputy: Susan Schempf |
| Qwest Communication, et al, | Court Reporter: Lori Simpson |
| | Time Commenced: 08:00 a.m. |
| Defendant. | Time Concluded: 08:20 a.m. |
| | Time in Court: 20 Minutes |

Hearing on:   Motion to Conditionally Certify FLSA Class, to Expedite Discovery of Potential Class Member and Authorize Notice to Same [8]
Defendant's Motion to Consolidate Cases [31]

APPEARANCES:

    Plaintiff:    Dana Hooper, Barbara Bagdon
    Defendant:    Daniel Barr, Jill Ripke
    Appearance by Plaintiffs' counsel in related case 06cv3523: James Kaster

PROCEEDINGS:

    ☒ Motions argued and taken under advisement

**IT IS ORDERED:

    ☒ **Submitted**
    ☒ Written order forthcoming.

                                                        s/Susan Schempf
                                                        Judicial Assistant